IN THE MATTER OF CLOYCE GILBERT LITTLELIGHT

No. 11277.

Decided January 9, 1967.

PER CURIAM:

Original proceeding. Petition for a writ of habeas corpus presented ex parte by counsel for petitioner.

The writ sought is refused and the proceeding is ordered dismissed.